

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SYLVIA R. BUSH, ROBERT HAILEY, BARRY LEE HAILEY, QUAIL PASTURE LP, DAVID JESS ST. CLAIR, JUSTIN DALLAS ST. CLAIR, JON CHRISTOPHER ST. CLAIR, JULIE A. CANON, LYNN D. HUGHES, DONNA PEPPER, ARMADURA FAMILY HOLDINGS, LP, MELANIE S. LEE, JOHN F. GRIFFIN, GOAT HILL PROPERTIES, LLC., ROSETTA RESOURCES OPERATING LP, ROSETTA RESOURCES OPERATING GP, LLC, and NOBLE ENERGY, INC., | § § § § § § § § § | No. 08-23-00261-CV<br><br>Appeal from the<br><br>143rd District Court<br><br>of Reeves County, Texas<br><br>Cause No. 17-06-21987 |
| Appellants, | § | |
| v. | § | |
| | § | |
| YARBOROUGH OIL & GAS, LP, CARROLLTON MINERAL PARTNERS, CARROLLTON MINERAL PARTNERS FUND 11, LP, STERLING MI-RO PARTNERS, LP, EAGLE OIL & GAS PARTNERS, LLC, EAGLE OIL & GAS CO., SANTA ELENA MINERALS, LP, DEXTER CAPITAL COMPANY LLC, ESTATE OF ROBERT MITCHELL SAYRE, LAMBERT LAND COMPANY, LLC, RALPH AND MARTHA BROWN AS TRUSTEES OF THE RALPH A. BROWN AND MARTHA BROWN REVOCABLE TRUST DATED 4-15-2015, J.B. CHAMPION, JR., JORDEX INVESTMENTS COMPANY, DESERT | § § § § § § § § § § | |

PARTNERS IV, L.P., OKLAHOMA STATE
UNIVERSITY FOUNDATION, ANGLE      §
OIL COMPANY, CHARLOTTE
HENDERSON AS TRUSTEE OF THE       §
CHARLOTTE HENDERSON REVOCABLE
TRUST, RALPH T. AND GLENDA L.     §
CHURCHILL, and C.A. & C.H.
LUNDBERG,                         §

     Appellees. §

         §

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF DECEMBER 2024.

        GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox, and Soto, JJ.